B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vergara, Jose E** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vergara, Wendy M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0667** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8934** |
| Street Address of Debtor (No. and Street, City, and State):<br>**90 Briarwood Drive**<br>**Crystal Lake, IL**<br>ZIP Code **60014** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**90 Briarwood Drive**<br>**Crystal Lake, IL**<br>ZIP Code **60014** |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vergara, Jose E**<br>**Vergara, Wendy M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ DENNIS L. LEAHY**              **February 26, 2010**<br>Signature of Attorney for Debtor(s)          (Date)<br>**DENNIS L. LEAHY** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                         Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vergara, Jose E**<br>**Vergara, Wendy M** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Jose E Vergara**
Signature of Debtor  **Jose E Vergara**

X  **/s/ Wendy M Vergara**
Signature of Joint Debtor **Wendy M Vergara**

Telephone Number (If not represented by attorney)

**February 26, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  **/s/ DENNIS L. LEAHY**
Signature of Attorney for Debtor(s)

**DENNIS L. LEAHY**
Printed Name of Attorney for Debtor(s)

**DENNIS L LEAHY**
Firm Name

**ONE COURT PLACE SUITE 203**
**ROCKFORD, IL 61101**

_____
Address

**815 964-5969  Fax: 815 964-9452**
Telephone Number

**February 26, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jose E Vergara**
      **Wendy M Vergara**

                             Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jose E Vergara**
                        **Jose E Vergara**

Date:    **February 26, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jose E Vergara**
        **Wendy M Vergara**
                                        Debtor(s)        Case No. _____
                                                          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                           Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Wendy M Vergara**
                             **Wendy M Vergara**

Date:    **February 26, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Jose E Vergara,**
           **Wendy M Vergara**

Case No. _____

_____ ,
                                        Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 140,000.00 | | |
| B - Personal Property | Yes | 3 | 26,320.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 157,477.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 175,502.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 5,318.23 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,245.00 |
| Total Number of Sheets of ALL Schedules | | 52 | | | |
| Total Assets | | | 166,320.00 | | |
| Total Liabilities | | | | 332,979.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose E Vergara,**
       **Wendy M Vergara**      Case No. _____

                                  Debtors     Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 11,388.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 11,388.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,318.23 |
| Average Expenses (from Schedule J, Line 18) | 5,245.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,567.82 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,477.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 175,502.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 179,979.00 |

B6A (Official Form 6A) (12/07)

In re    **Jose E Vergara,**

         **Wendy M Vergara**

                                              Debtors

Case No. _____

,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **12 Garfield Street Harvard, IL** | **Fee simple** | **J** | **140,000.00** | **130,000.00** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **140,000.00** | (Total of this page) |
| | | Total > | **140,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Jose E Vergara,**                                             Case No. _____
         **Wendy M Vergara,**

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harvard State Bank checking** | J | 50.00 |
| | | **Chase Bank checking** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | J | 1,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | J | 400.00 |
| 7. Furs and jewelry. | | **Jewelry** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        2,770.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jose E Vergara,**                                                            Case No. _____
        **Wendy M Vergara,**

_____,
                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | 401K | | W | 350.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                     350.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jose E Vergara,**                                    Case No. _____
         **Wendy M Vergara**

_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Saturn Relay 81,300 miles Location: 90 Briarwood Drive, Crystal Lake IL 60014** | J | 9,000.00 |
| | | **2006 Chevy Trailblazer 89,000** | J | 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer** | J | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Bluegreen Timeshare Wisconsin Dells, WI** | J | 5,000.00 |

|  | Sub-Total > | 23,200.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 26,320.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

.

In re    **Jose E Vergara,**                                               Case No. _____
         **Wendy M Vergara**
_____ ,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Harvard State Bank checking** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **1,800.00** | **1,800.00** |
| **Wearing Apparel** | | | |
| **Wearing apparel** | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K** | **735 ILCS 5/12-704** | **350.00** | **350.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Saturn Relay**<br>**81,300 miles**<br>**Location: 90 Briarwood Drive, Crystal Lake IL 60014** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **9,000.00** |
| **2006 Chevy Trailblazer**<br>**89,000** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **9,000.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |

Total:                           **8,120.00**              **21,320.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re　**Jose E Vergara,**　　　　　　　　　　　　　　　　Case No. _____
　　　**Wendy M Vergara**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1061100201693** <br><br>**Americas Servicing Co** <br>**1 Home Campus** <br>**Des Moines, IA 50328** | | H | **Opened 4/01/06 Last Active 1/27/09** <br><br>**Mortgage** <br><br>**12 Garfield Street** <br>**Harvard, IL** | | | | | |
| | | | Value $　　　　**140,000.00** | | | | **130,000.00** | **0.00** |
| Account No. **418648** <br><br>**Bluegreen Corp** <br>**4960 Blue Lake Dr** <br>**Boca Raton, FL 33431** | | J | **Opened 7/01/08 Last Active 1/22/10** <br><br>**Timeshare** <br><br>**Bluegreen Timeshare** <br>**Wisconsin Dells, WI** | | | | | |
| | | | Value $　　　　**5,000.00** | | | | **8,477.00** | **3,477.00** |
| Account No. **539401** <br><br>**Riverside Finance** <br>**312 N Alpine** <br>**Rockford, IL 61107** | | J | **Opened 9/18/09 Last Active 12/18/09** <br><br>**Automobile Loan** <br><br>**2006 Chevy Trailblazer** <br>**89,000** | | | | | |
| | | | Value $　　　　**9,000.00** | | | | **9,500.00** | **500.00** |
| Account No. <br><br>**Riverside Finance** <br>**312 N Alpine** <br>**Rockford, IL 61107** | | J | **Automobile Loan** <br><br>**2006 Saturn Relay** <br>**81,300 miles** <br>**Location: 90 Briarwood Drive, Crystal Lake IL 60014** | | | | | |
| | | | Value $　　　　**9,000.00** | | | | **9,500.00** | **500.00** |

　**0**　 continuation sheets attached

| | Subtotal (Total of this page) | **157,477.00** | **4,477.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **157,477.00** | **4,477.00** |

B6E (Official Form 6E) (12/07)

In re  **Jose E Vergara,**                                                          Case No. _____
      **Wendy M Vergara**
_____,
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

          **0**     continuation sheets attached

         Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Jose E Vergara,**                                              Case No. _____
         **Wendy M Vergara**
                                                                    ,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 394743  <br><br>**A/r Concepts** <br>**2320 Dean St** <br>**Saint Charles, IL 60175** | | J | Collection accounts | | | | 105.00 |
| Account No.  <br><br>**A/R Concepts** <br>**33 W Higgins Rd Suite 715** <br>**Barrington, IL 60010** | | J | Collection accounts | | | | 45.00 |
| Account No.  <br><br>**AAC** <br>**PO Box 2036** <br>**Warren, MI 48090-2036** | | J | Collection account | | | | 60.00 |
| Account No. 174855  <br><br>**AAMS** <br>**4800 Mills Civic Suite 202** <br>**West Des Moines, IA 50265** | | J | Collection account | | | | 311.00 |

__38__ continuation sheets attached

Subtotal
(Total of this page)                                        521.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:33413-100208    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
         **Wendy M Vergara**                                              Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Academy Collection Service** <br>**10965 Decatur Rd.** <br>**Philadelphia, PA 19154-3210** | | | J | | Collection accounts | | | | **1,495.00** |
| Account No. **623587** <br><br>**ACC International** <br>**919 Estes Court** <br>**Schaumburg, IL 60193-4427** | | | J | | Collection account | | | | **1,811.00** |
| Account No. <br><br>**Account Receivable Management** <br>**PO Box 129** <br>**Thorofare, NJ 08086-0129** | | | J | | Collection accounts | | | | **1,682.00** |
| Account No. <br><br>**Account Solutions Group** <br>**PO Box 628** <br>**Buffalo, NY 14240-0628** | | | J | | Collection account | | | | **875.00** |
| Account No. **3395489341** <br><br>**Acs/bank Of America** <br>**501 Bleecker St** <br>**Utica, NY 13501** | | | J | | Opened 11/01/09  Last Active 12/31/09 <br>Educational | | | | **9,000.00** |

Sheet no. __**1**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            **14,863.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
         **Wendy M Vergara**                                          Case No. _____

                                                    ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18502**<br><br>**Advanced Neurological Care**<br>**615 Dakota**<br>**Crystal Lake, IL 60012** | | J | Medical services | | | | 479.00 |
| Account No.<br><br>**Advocate Medical Group**<br>**PO BOx 92523**<br>**Chicago, IL 60675-2523** | | J | Medical services | | | | 116.00 |
| Account No. **4486440**<br><br>**Affiliated Credit**<br>**PO Box 1329**<br>**Rochester, MN 55903** | | J | Collection account | | | | 0.00 |
| Account No. **37934**<br><br>**Affiliated Ent Physicians**<br>**1065 Lake Ave**<br>**Woodstock, IL 60098** | | J | Medical services | | | | 812.00 |
| Account No. **1015332725**<br><br>**AFNI**<br>**PO Box 3097**<br>**Bloomington, IL 61702** | | J | Collection account | | | | 74.00 |

Sheet no. __2__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,481.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
      **Wendy M Vergara,**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AFNI**<br>**PO Box 3427**<br>**Bloomington, IL 61702-3427** | | J | Collection account | | | | 1,689.00 |
| Account No. **2039113085**<br><br>**Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | J | Opened 12/01/09 FactoringCompanyAccount T-Mobile | | | | 1,071.00 |
| Account No. <br><br>**All Interstate**<br>**435 Ford  Suite 800**<br>**Minneapolis, MN 55426** | | J | Collection account | | | | 140.00 |
| Account No. **CQB576**<br><br>**Alliance One**<br>**PO Box 211128**<br>**Saint Paul, MN 55121-1128** | | J | Collection account | | | | 0.00 |
| Account No. <br><br>**Alliance One**<br>**1160 Center Point Drive**<br>**Saint Paul, MN 55120** | | J | Collection account | | | | 678.00 |

Sheet no. __3__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,578.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
　　　　**Wendy M Vergara**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **111436311** <br><br> **Allied Int** <br> **Po Box 2455** <br> **Chandler, AZ 85244** | | H | Collection account for Directv | | | | 452.00 |
| Account No. <br><br> **Allied Interstate** <br> **PO Box 361477** <br> **Columbus, OH 43236** | | J | Collection account | | | | 1,135.00 |
| Account No. **18632443** <br><br> **Allied Interstate, Inc.** <br> **PO Box 369008** <br> **Columbus, OH 43236** | | J | Collection account | | | | 0.00 |
| Account No. **X26659** <br><br> **ALW Sourcing, LLC** <br> **PO Box 4937** <br> **Trenton, NJ 08650** | | J | Collection account | | | | 0.00 |
| Account No. **623587** <br><br> **American Collections** <br> **919 Estes Ct** <br> **Schaumburg, IL 60193** | | J | Opened 10/01/04 <br> Collection accounts | | | | 530.00 |

Sheet no. __4___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,117.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
    **Wendy M Vergara**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **80381677** <br><br> **Americollect** <br> **Po Box 1566** <br> **Manitowoc, WI 54221** | | H | | | Opened  5/01/09 <br> Collection accounts | | | | 2,314.00 |
| Account No. <br><br> **Armor Systems Company** <br> **1700 Kiefer Dr. Suite 1** <br> **Zion, IL 60099** | | J | | | Collection account | | | | 37.00 |
| Account No. <br><br> **Arrow Financial** <br> **5996 W. Touhy Ave.** <br> **Niles, IL 60714-4610** | | J | | | Collection accounts | | | | 5,016.00 |
| Account No. <br><br> **Arrow Financial Services** <br> **21032 Network Place** <br> **Chicago, IL 60678-1031** | | J | | | Collection accounts | | | | 1,122.00 |
| Account No. <br><br> **Artistic Solutions, Inc.** <br> **PO Box 877** <br> **Streamwood, IL 60107** | | J | | | Collection account | | | | 0.00 |

Sheet no. __5__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,489.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
      **Wendy M Vergara**                                           Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **35308134**<br><br>**Asset Acceptance**<br>**Po Box 2036**<br>**Warren, MI 48090** | | H | **Opened 10/01/07**<br>**Collection accounts** | | | | 532.00 |
| Account No.<br><br>**Asset Acceptance**<br>**PO Box 8547**<br>**Philadelphia, PA 19101** | | J | **Collection account** | | | | 942.00 |
| Account No. **HI7771**<br><br>**Assetcare, Inc**<br>**PO Box 15380**<br>**Wilmington, DE 19850-5380** | | J | **Collection account** | | | | 0.00 |
| Account No. **1306090**<br><br>**Assoc Coll**<br>**113 W Milwaukee St**<br>**Janesville, WI 53545** | | J | **Collection account** | | | | 81.00 |
| Account No.<br><br>**AT&T**<br>**PO Box 8212**<br>**Aurora, IL 60572-8212** | | J | **Phone services** | | | | 451.00 |

Sheet no. __**6**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal          **2,006.00**
                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
**Wendy M Vergara**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Collection account | | | | |
| **Automated Account Management**<br>**PO Box 65576**<br>**West Des Moines, IA 50265-0576** | | J | | | | | |
| | | | | | | | 862.00 |
| Account No. | | | Medical services | | | | |
| **Bariatric Treatment Centers**<br>**PO Box 77000**<br>**Detroit, MI 48277-0774** | | J | | | | | |
| | | | | | | | 292.00 |
| Account No. | | | Collection account | | | | |
| **Blatt, Hasenmiller, Leibsker & Moor**<br>**125 S. Wacker Drive Suite 400**<br>**Chicago, IL 60606-4440** | | J | | | | | |
| | | | | | | | 1,554.00 |
| Account No. 08-SC-4270 | | | Collection account | | | | |
| **Blitt and Gaines**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Collection account | | | | |
| **Bureau of Collection**<br>**7575 Corporate Way Room 301**<br>**Eden Prairie, MN 55344-2022** | | J | | | | | |
| | | | | | | | 378.00 |

Sheet no. __7__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 3,086.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
         **Wendy M Vergara**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **493760397** <br><br> **Bureau of Collection Recovery** <br> **PO Box 9001** <br> **Minnetonka, MN 55345-9001** | | J | Collection account | | | | 0.00 |
| Account No. **QMRIG16130** <br><br> **Business Revenue** <br> **PO Box 13077** <br> **Des Moines, IA 50310-0077** | | J | Collection account | | | | 0.00 |
| Account No. <br><br> **Capital Management Services** <br> **726 Exchange St. Suite 700** <br> **Buffalo, NY 14210** | | J | Collection account | | | | 0.00 |
| Account No. <br><br> **Capital Management Services** <br> **726 Exchange St. Suite 700** <br> **Buffalo, NY 14210** | | J | Collection accounts | | | | 2,213.00 |
| Account No. **5178-0522-9784** <br><br> **Capital One** <br> **PO Box 30281** <br> **Salt Lake City, UT 84130-0281** | | J | Credit card purchases | | | | 3,059.00 |

Sheet no. __**8**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 5,272.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose E Vergara,**
       **Wendy M Vergara**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **517805219475** | | | | | Credit card purchases | | | | |
| **Capital One** **PO Box 34631** **Seattle, WA 98124-1631** | | | | J | | | | | 1,275.00 |
| Account No. | | | | | Fees | | | | |
| **Castle Bank** **677 E Grant Highway** **Marengo, IL 60152** | | | | J | | | | | 800.00 |
| Account No. | | | | | Collection account | | | | |
| **CCA** **PO Box 329** **Norwell, MA 02061-0329** | | | | J | | | | | 840.00 |
| Account No. 9635803 | | | | | Opened 12/01/09 CollectionAttorney T-Mobile Usa | | | | |
| **Ccb Credit Services** **5300 S Sixth Stree** **Springfield, IL 62704** | | H | | | | | | | 378.00 |
| Account No. | | | | | Medical services | | | | |
| **Centegra HBH** **970 S McHenry Ave** **Crystal Lake, IL 60014-7449** | | | | J | | | | | 179.00 |

Sheet no. __**9**___ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,472.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
     **Wendy M Vergara**
                                                 ,

Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **74986601**<br><br>**Centegra Health System**<br>**PO Box 17**<br>**Arrowsmith, IL 61722-0017** | | J | | **Medical services** | | | | **2,946.00** |
| Account No.<br><br>**Centegra Health System**<br>**PO Box 5995**<br>**Peoria, IL 61601-5995** | | J | | **Medical services** | | | | **2,946.00** |
| Account No. **A0521300585**<br><br>**Centegra Memorial Medical Center**<br>**PO Box 1990**<br>**Woodstock, IL 60098** | | J | | **Medical services** | | | | **30,866.00** |
| Account No.<br><br>**Centegra Northern Illinois Medical**<br>**PO Box 1447**<br>**Woodstock, IL 60098** | | J | | **Medical services** | | | | **1,905.00** |
| Account No.<br><br>**Centegra Primary Care**<br>**13707 W Jackson St**<br>**Woodstock, IL 60098-3157** | | J | | **Medical services** | | | | **342.00** |

Sheet no. __**10**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,005.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
      **Wendy M Vergara**                              Case No. _____

                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18646839** <br><br> **Certegy Recovery Services** <br> **11601 Roosevelt Rd** <br> **Saint Petersburg, FL 33716** | | J | Collection account | | | | 0.00 |
| Account No. **Q629346** <br><br> **Certified Services Inc** <br> **Po Box 177** <br> **Waukegan, IL 60079** | | J | Opened 4/01/07 Last Active 8/27/09 <br> Collection accounts | | | | 1,663.00 |
| Account No. **01295970902** <br><br> **Charter Communication** <br> **2701 Daniels St** <br> **Madison, WI 53718** | | J | Services | | | | 328.00 |
| Account No. **100017814022801** <br><br> **Check Assist** <br> **10 E Texar Dr** <br> **Pensacola, FL 32503** | | J | Opened 4/01/04 <br> ReturnedCheck Lil Corner Store | | | | 65.00 |
| Account No. <br><br> **Check Assist** <br> **10 E Texar Drive** <br> **Pensacola, FL 32503** | | J | Collection account | | | | 65.00 |

Sheet no. __11__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
          (Total of this page)       **2,121.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
         **Wendy M Vergara**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **15167427** <br><br> **Churchill Chiropractic** <br> **1845 W Golf Rd** <br> **Schaumburg, IL 60194** | | J | | Services | | | | 48.00 |
| Account No. <br><br> **Collect Tech Systems** <br> **PO Box 78626** <br> **Phoenix, AZ 85062** | | J | | Collection account | | | | 0.00 |
| Account No. <br><br> **Collectech Systems** <br> **PO Box 4157** <br> **Woodland Hills, CA 91365** | | J | | Collection account | | | | 0.00 |
| Account No. **8798100360267964** <br><br> **Comcast** <br> **PO Box 173885** <br> **Denver, CO 80217** | | J | | Services | | | | 581.00 |
| Account No. <br><br> **Comed** <br> **PO Box 6111** <br> **Carol Stream, IL 60197-6111** | | J | | Utilities | | | | 1,260.00 |

Sheet no. __12__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,889.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
          **Wendy M Vergara**                                         Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40011463536** <br><br> **Consumer Portfolio Svc** <br> **PO Box 57071** <br> **Irvine, CA 92619-7071** | | H | **Opened 5/01/07 Last Active 1/16/09** <br> **Deficiency balance on repossessed 2006 Jeep** <br> **Grand Cherokee** | | | | 14,672.00 |
| Account No. <br><br> **Consumer Service Dept** <br> **PO Box 78626** <br> **Phoenix, AZ 85062-8626** | | J | Collection account | | | | 105.00 |
| Account No. **0011463536** <br><br> **CPS, Inc** <br> **PO Box 98736** <br> **Phoenix, AZ 85038-0736** | | J | Collection account | | | | 0.00 |
| Account No. <br><br> **Credit Protection** <br> **13355 Noel Rd. 21st Floor** <br> **Dallas, TX 75240-6602** | | J | Collection account | | | | 909.00 |
| Account No. <br><br> **David H Min DDS** <br> **651 W Terra Cotta Suite 201** <br> **Crystal Lake, IL 60014** | | J | Dental services | | | | 108.00 |

Sheet no. __13__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      15,794.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose E Vergara,**
         **Wendy M Vergara**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **407823545238** <br><br> **Dependon Collection Se** <br> **PO Box 4833** <br> **Oak Brook, IL 60523** | | H | **Opened 11/01/04 CollectionAttorney Affiliated Ear Nose   Throat P** | | | | 832.00 |
| Account No. <br><br> **Devry** <br> **1221 N Swift Rd** <br> **Addison, IL 60101** | | J | **Services** | | | | 1,245.00 |
| Account No. **4756873** <br><br> **Direct TV** <br> **PO Box 78626** <br> **Phoenix, AZ 85062** | | J | **Services** | | | | 312.00 |
| Account No. **493760397** <br><br> **Diversified Consultants** <br> **PO Box 551268** <br> **Jacksonville, FL 32255** | | J | **Collection account** | | | | 0.00 |
| Account No. <br><br> **Dr. Parikh** <br> **615 Dakota St Suite A** <br> **Crystal Lake, IL 60012** | | J | **Medical services** | | | | 485.00 |

| | |
|---|---|
| Sheet no. \_\_**14**\_\_ of \_\_**38**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   **2,874.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
         **Wendy M Vergara**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Collection account | | | | |
| **Encore Receivable Management PO Box 3330 Olathe, KS 66063** | | | J | | | | | | 1,560.00 |
| Account No. **12703198** | | | | | Opened  6/01/08 CollectionAttorney Sprint | | | | |
| **Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256** | | | J | | | | | | 600.00 |
| Account No. **R26181970** | | | | | Collection accounts | | | | |
| **ER Solutions, Inc. PO Box 9004 Renton, WA 98057-9004** | | | J | | | | | | 0.00 |
| Account No. | | | | | Medical services | | | | |
| **Family Medicine for McHenry County PO Box 1588 Crystal Lake, IL 60039** | | | J | | | | | | 176.00 |
| Account No. **5206056011737221** | | | | | Opened  4/01/08  Last Active  1/19/10 CreditCard | | | | |
| **First Bk Of De/contine 1608 Walnut Street Philadelphia, PA 19103** | | | J | | | | | | 570.00 |

Sheet no. __15__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,906.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
    **Wendy M Vergara**
                                                       ,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178007955971668**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | J | **Opened 12/01/08 Last Active 1/22/10**<br>**CreditCard** | | | | 356.00 |
| Account No. **543362888991**<br><br>**First Premier Bank**<br>**PO Box 5524**<br>**Sioux Falls, SD 57117-5524** | | J | **Credit card purchases** | | | | 300.00 |
| Account No.<br><br>**First Revenue Assurance**<br>**PO Box 3020**<br>**Albuquerque, NM 87110** | | J | **Collection account** | | | | 493.00 |
| Account No. **5433628889913699**<br><br>**Fst Premier**<br>**Pob 5524**<br>**Sioux Falls, SD 57117** | | J | **Opened 2/01/08 Last Active 1/21/10**<br>**CreditCard** | | | | 255.00 |
| Account No. **8255909146126526**<br><br>**GC Services**<br>**6330 Gulfton St. Suite 400**<br>**Houston, TX 77081-1108** | | J | **Collection account** | | | | 74.00 |

Sheet no. __16__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,478.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
    **Wendy M Vergara**

Case No. _____

_____,
            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Gerald Moore & Associates**<br>**PO Box 724087**<br>**Atlanta, GA 31139** | | J | | | | | 668.00 |
| Account No. <br><br>**Guarantee Bank**<br>**PO Box 245014**<br>**Milwaukee, WI 53224** | | J | Fees | | | | 900.00 |
| Account No. 4248152<br><br>**H & R Accounts Inc**<br>**Po Box 672**<br>**Moline, IL 61265** | | J | Opened 12/01/09<br>Collection accounts | | | | 1,689.00 |
| Account No. 2257115<br><br>**Harris & Harris**<br>**600 W. Jackson Blvd**<br>**Chicago, IL 60661** | | J | Collection account | | | | 0.00 |
| Account No. ERIWE000<br><br>**Harvard Chirpractic Clinic**<br>**30 N Ayer**<br>**Harvard, IL 60033** | | J | Medical services | | | | 72.00 |

Sheet no. __17__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,329.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
    **Wendy M Vergara**
Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11408429**<br><br>**Harvard Collection**<br>**4839 N. Elston Ave.**<br>**Chicago, IL 60630** | | J | Collection account | | | | 0.00 |
| Account No. **20160004**<br><br>**Harvard CUSD #50**<br>**1101 N Jefferson St**<br>**Harvard, IL 60033** | | J | Fees | | | | 460.00 |
| Account No. **13290**<br><br>**Harvard Fire Protection**<br>**PO Box 263**<br>**Harvard, IL 60033** | | J | Medical services | | | | 250.00 |
| Account No. **548897500007**<br><br>**Household Bank**<br>**PO Box 17051**<br>**Baltimore, MD 21297-1051** | | J | Credit card purchases | | | | 765.00 |
| Account No. **8513293001**<br><br>**I C System Inc**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | J | Opened 10/01/04 CollectionAttorney Seeleys Snyder Drugs | | | | 57.00 |

Sheet no. __18__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,532.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose E Vergara,**
        **Wendy M Vergara**                                             Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7387470** <br><br> **Illinois Collection Se** <br> **8231 W. 185th St. Ste. 100** <br> **Tinley Park, IL 60487** | | H | | **Opened 10/01/04** <br> **CollectionAttorney Advocate Medical Group** | | | | 58.00 |
| Account No. <br><br> **Illinois Collection Services** <br> **PO Box 646** <br> **Little Cedar, IA 50454-0646** | | J | | Collection account | | | | 133.00 |
| Account No. <br><br> **Illinois Pain Treatment** <br> **431 Summit St** <br> **Elgin, IL 60120** | | J | | **Medical services** | | | | 89.00 |
| Account No. **24525266** <br><br> **Intelenet Global Services** <br> **Dept CH 17408** <br> **Palatine, IL 60055-0001** | | J | | Collection account | | | | 0.00 |
| Account No. <br><br> **Intelent Global Services** <br> **35A Rust lane** <br> **Boerne, TX 78006** | | J | | Collection account | | | | 61.00 |

Sheet no. __**19**__ of __**38**__ sheets attached to Schedule of              Subtotal          341.00
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose E Vergara,**
        **Wendy M Vergara**                                                          Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kansas Counselors** 1421 N St Paul St Wichita, KS 67203 | | J | Collection account | | | | 25.00 |
| Account No. 7893051 **Kca Financial Svcs** 628 North Street Geneva, IL 60134 | | J | Opened 8/01/06 Collection account Town Square Anesthesia | | | | 132.00 |
| Account No. 40171 **Key Finacial Services** 5315 Wall Street Madison, WI 53718 | | J | Collection account for Mercy Physician Services | | | | 842.00 |
| Account No. **Lake/McHenry Pathology Associates** 520 E 22nd Street Lombard, IL 60148 | | J | Medical services | | | | 537.00 |
| Account No. **Lakeview Medical Center** 1100 N Main St Rice Lake, WI 54868-1238 | | J | Medical services | | | | 83.00 |

Sheet no. __20__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,619.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
         **Wendy M Vergara**                                                          Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Law Offices of Mitchell Kay**<br>**PO Box 2374**<br>**Chicago, IL 60690-2374** | | J | Collection accounts | | | | 0.00 |
| Account No.<br><br>**Linebarger Goggan Blair & Sampson**<br>**PO Box 06152**<br>**Chicago, IL 60606-0152** | | J | Collection account | | | | 175.00 |
| Account No. **161730**<br><br>**Lou Harris Company**<br>**613 Academy Dr**<br>**Northbrook, IL 60062** | | H | Opened 9/01/05<br>CollectionAttorney Grace Medical Center | | | | 397.00 |
| Account No. **VERJE**<br><br>**Mary Olszewski DPM**<br>**1804 N Arlington Heights Rd**<br>**Arlington Heights, IL 60004** | | J | Services | | | | 601.00 |
| Account No.<br><br>**Maximum Recovery Solutions**<br>**1080 W Sam Houston Pkwy N 230**<br>**Houston, TX 77043** | | J | Collection account | | | | 325.00 |

Sheet no. __21__ of __38__ sheets attached to Schedule of     Subtotal     | 1,498.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
      **Wendy M Vergara,**
                                                      ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**McHenry County Orthopedics**<br>**420 N Rt 31**<br>**Crystal Lake, IL 60012** | | J | Medical services | | | | 1,265.00 |
| Account No. **16130-QMRIG**<br><br>**McHenry Radiologists**<br>**PO Box 220**<br>**McHenry, IL 60051-0220** | | J | Medical service | | | | 770.00 |
| Account No.<br><br>**Medical Collection System**<br>**725 S Wells St Suite 700**<br>**Chicago, IL 60607** | | J | Collection account | | | | 175.00 |
| Account No. **15040290058**<br><br>**Merchants Credit Guide**<br>**223 W. Jackson Street**<br>**Chicago, IL 60606** | | J | Collection account | | | | 2,490.00 |
| Account No.<br><br>**Merchants Credit Guide**<br>**PO Box 18053**<br>**Hauppauge, NY 11788** | | J | Collection account | | | | 177.00 |

Sheet no. __22__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,877.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
         **Wendy M Vergara**                                                     Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00336931** <br><br> **Mercy Alliance Inc.** <br> **PO Box 5177** <br> **Janesville, WI 53547-5177** | | J | Medical services | | | | 3,804.00 |
| Account No. <br><br> **Mercy Health System** <br> **PO Box 5177** <br> **Janesville, WI 53547** | | J | Medical services | | | | 6,955.00 |
| Account No. **8027-1195** <br><br> **MHS Physician Services** <br> **PO Box 5081** <br> **Janesville, WI 53547-5081** | | J | Medical services | | | | 1,161.00 |
| Account No. <br><br> **Midland Credit** <br> **PO Box 939019** <br> **San Diego, CA 92193** | | J | Collection account | | | | 3,216.00 |
| Account No. **8505983473** <br><br> **Midland Credit Management** <br> **PO Box 603** <br> **Oaks, PA 19456** | | J | Collection account | | | | 0.00 |

Sheet no. __23__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    15,136.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
     **Wendy M Vergara**
                                                                        Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MNI909187003548** <br><br> **Moraine Emergency Physicians** <br> **PO Box 8759** <br> **Philadelphia, PA 19101-8759** | | J | Medical services | | | | 1,534.00 |
| Account No. **386049** <br><br> **MRSI** <br> **1080 W Sam Houston Pkwy N Suite 230** <br> **Houston, TX 77043** | | J | Collection account | | | | 0.00 |
| Account No. <br><br> **National Action Financial Services** <br> **PO Box 9027** <br> **Williamsville, NY 14231-9027** | | J | Collection account | | | | 1,106.00 |
| Account No. **99G84G** <br><br> **National Recoveries, Inc** <br> **11000 Central Ave NE Suite 100** <br> **Minneapolis, MN 55434** | | J | Collection account | | | | 1,196.00 |
| Account No. <br><br> **Nationwide Credit, Inc.** <br> **2015 Vaughn Rd.** <br> **Kennesaw, GA 30144-7802** | | J | Collection account | | | | 140.00 |

| | | |
|---|---|---|
| Sheet no. __24__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,976.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose E Vergara,**
    **Wendy M Vergara**
                                     ,
                                 Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **11613797** <br><br> **NCC** <br> **120 N Keyser Avenue** <br> **Scranton, PA 18504** | | J | | Collection account | | | | 0.00 |
| Account No. <br><br> **NCO Finanacial** <br> **PO Box 105816** <br> **Atlanta, GA 30348** | | J | | Collection account | | | | 596.00 |
| Account No. **5Y8RC6** <br><br> **NCO FInancial** <br> **PO Box 15740** <br> **Wilmington, DE 19850-5740** | | J | | Collection account | | | | 0.00 |
| Account No. **PG0171** <br><br> **NCO Financial** <br> **PO Box 8148** <br> **Philadelphia, PA 19101-8148** | | J | | Collection account | | | | 0.00 |
| Account No. **KQO920** <br><br> **NCO Financial** <br> **PO Box 4907** <br> **Trenton, NJ 08650-4907** | | J | | Collection account | | | | 0.00 |

Sheet no. __**25**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**596.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Jose E Vergara,**                                                      Case No. _____
          **Wendy M Vergara**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Collection accounts | | | | |
| **NCO Financial** **PO Box 78626** **Phoenix, AZ 85062** | | | J | | | | | | 0.00 |
| Account No. | | | | | Collection account | | | | |
| **NCO Financial** **PO Box 41457** **Philadelphia, PA 19101-1457** | | | J | | | | | | 422.00 |
| Account No. | | | | | Collection account | | | | |
| **NCO Financial** **PO Box 13570** **Philadelphia, PA 19101-3570** | | | J | | | | | | 256.00 |
| Account No. **13970259** | | | | | Opened 12/01/06 Collection accounts | | | | |
| **NCO Financial Systems** **507 Prudential Rd** **Horsham, PA 19044** | | | J | | | | | | 1,252.00 |
| Account No. **52803118** | | | | | Opened  9/01/09 Factoring accounts | | | | |
| **Nco- Medclr** **Po Box 8547** **Philadelphia, PA 19101** | | H | | | | | | | 0.00 |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **1,930.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
**Wendy M Vergara**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nephrology Associates<br>PO Box 3369<br>Oak Park, IL 60303** | | J | **Medical services** | | | | 347.00 |
| Account No.<br><br>**NiCor<br>PO Box 310<br>Aurora, IL 60507-0310** | | J | **Utilities** | | | | 2,977.00 |
| Account No.<br><br>**Nicor<br>PO Box 2020<br>Aurora, IL 60507** | | J | **Utilities** | | | | 1,500.00 |
| Account No. 667762<br><br>**Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60507** | | H | **Opened 5/01/06 Last Active 11/20/09<br>Agriculture** | | | | 256.00 |
| Account No.<br><br>**NNC<br>PO Box 1022<br>Wixom, MI 48393** | | J | **Collection account** | | | | 380.00 |

Sheet no. __27__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,460.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
　　　　**Wendy M Vergara**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F18143479** <br><br> **Northland Group** <br> **PO Box 390846** <br> **Minneapolis, MN 55439** | | J | Collection account | | | | 0.00 |
| Account No. **3584832878** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd Ste 23** <br> **Rolling Meadows, IL 60008** | | J | Opened  1/01/07 <br> CollectionAttorney A-Tec Ambulance  Inc. | | | | 100.00 |
| Account No. **1635956** <br><br> **Opex Communications** <br> **500 E Higgins** <br> **Elk Grove Village, IL 60007** | | J | Collection account | | | | 1.00 |
| Account No. **548955510599** <br><br> **Orchard Bank** <br> **PO Box 17051** <br> **Baltimore, MD 21297-1051** | | J | Credit card purchases | | | | 966.00 |
| Account No. <br><br> **OSI Collection** <br> **PO Box 550720** <br> **Jacksonville, FL 32255** | | J | Collection account | | | | 0.00 |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,067.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
         **Wendy M Vergara**                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**OSI Collection**<br>**PO Box 964**<br>**Brookfield, WI 53008** | | J | **Collection account** | | | | 0.00 |
| Account No. **3933290** <br><br>**OSI Collection Services**<br>**1375 E Woodfield Rd. #110**<br>**Schaumburg, IL 60173-6068** | | J | **Collection account** | | | | 404.00 |
| Account No. <br><br>**OSI Collection Services**<br>**PO Box 959**<br>**Brookfield, WI 53008-0959** | | J | **Collection accounts** | | | | 0.00 |
| Account No. <br><br>**OSI Collection Services, Inc.**<br>**PO Box 922**<br>**Brookfield, WI 53008-0922** | | J | **Collection account** | | | | 0.00 |
| Account No. <br><br>**OSI Collection Solutions**<br>**PO Box 925**<br>**Brookfield, WI 53008** | | J | **Collection account** | | | | 0.00 |

Sheet no. __29__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **404.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
　　　　**Wendy M Vergara**                                                                      Case No. _____

_____,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2101626065** | | | | Collection account | | | | |
| **Park Dansan** **PO Box 248** **Gastonia, NC 28053-0248** | | J | | | | | | **121.00** |
| Account No. **KW4882** | | | | Collection account | | | | |
| **PFG of Minnesota** **7825 Washington Ave. S Suite 410** **Minneapolis, MN 55439-2409** | | J | | | | | | **0.00** |
| Account No. **53324561-12** | | | | Collection account | | | | |
| **Plaza Associates** **PO Box 2769** **New York, NY 10116-2769** | | J | | | | | | **0.00** |
| Account No. **5332456111** | | | | Collection account | | | | |
| **Plaza Associates** **PO Box 18008** **Hauppauge, NY 11788-8808** | | J | | | | | | **0.00** |
| Account No. | | | | Collection account | | | | |
| **Portfolio Recovery Associates** **PO Box 12914** **Norfolk, VA 23541** | | J | | | | | | **0.00** |

Sheet no. __**30**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **121.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
     **Wendy M Vergara**
                                                                ,

Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
| Account No. **VE0011** | | | | | **Dental services** | | | | |
| **Prairie Avenue Dental**<br>**PO Box 75**<br>**Hebron, IL 60034** | | J | | | | | | | 74.00 |
| Account No. **811805** | | | | | **Services** | | | | |
| **Premier Eye Care**<br>**1120 Lake Cook Rd**<br>**Buffalo Grove, IL 60089** | | J | | | | | | | 175.00 |
| Account No. **1070554195** | | | | | **Collection account** | | | | |
| **Premium Asset Recovery**<br>**350 Jim Moran Blvd Suite 210**<br>**Deerfield Beach, FL 33442** | | J | | | | | | | 122.00 |
| Account No. **11799592** | | | | | **Opened 8/01/09**<br>**CollectionAttorney Tcf Bank** | | | | |
| **Professnl Acct Mgmt In**<br>**PO Box 391**<br>**Milwaukee, WI 53201** | | H | | | | | | | 588.00 |
| Account No. **DB0058315223** | | | | | **Medical services** | | | | |
| **Provena Saint Joseph Hospital**<br>**75 Remittance Dr Suite 1174**<br>**Chicago, IL 60675-1174** | | J | | | | | | | 479.00 |

Sheet no. __**31**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,438.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
　　　　 **Wendy M Vergara**　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **DB0058315223**<br><br>**Provena St. Joseph Hospital**<br>**77 North Airlite Street**<br>**Elgin, IL 60123-4912** | | | J | | **Medical services** | | | | 523.00 |
| Account No. **7574577**<br><br>**Receivable Performance**<br>**PO Box 768**<br>**Bothell, WA 98041** | | | J | | **Collection account** | | | | 600.00 |
| Account No.<br><br>**Retrieval Masters Creditors Bureau**<br>**PO Box 1234**<br>**Elmsford, NY 10523-0934** | | | J | | **Collection account** | | | | 0.00 |
| Account No.<br><br>**Riddle & Associates**<br>**PO Box 1187**<br>**Sandy, UT 84091-1187** | | | J | | **Collection accounts** | | | | 0.00 |
| Account No.<br><br>**Risk Management**<br>**200 S Busse Rd**<br>**Mount Prospect, IL 60056** | | | J | | **Collection accounts** | | | | 0.00 |

Sheet no. __**32**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　Subtotal　　　| 1,123.00 |
　　　　　　　　　　　　　　　　　　　　(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
**Wendy M Vergara**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **60033VRG120GR00** | | | Collection account | | | | |
| **RMCB**<br>**PO Box 1234**<br>**Elmsford, NY 10523-0934** | | J | | | | | **0.00** |
| Account No. **14595417** | | | Medical services | | | | |
| **Rockford Clinic**<br>**2300 N. Rockton Ave.**<br>**Rockford, IL 61103** | | J | | | | | **267.00** |
| Account No. | | | Medical services | | | | |
| **Rockford Health System**<br>**2300 N. Rockton Ave.**<br>**Rockford, IL 61103** | | J | | | | | **267.00** |
| Account No. | | | Collection account | | | | |
| **RX Acquisitions**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | J | | | | | **0.00** |
| Account No. **414676000001** | | | Credit card purchases | | | | |
| **Salute**<br>**PO Box 790183**<br>**Saint Louis, MO 63179-0183** | | J | | | | | **368.00** |

Sheet no. __33__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **902.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
    **Wendy M Vergara**
                                                ,

Case No. _____

                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Salvatore Spinelli** <br>**135 Maxess Rd. Suite 2B** <br>**Melville, NY 11747** | | J | | | | | 325.00 |
| Account No. <br><br>**Seventh Avenue** <br>**1112 7th Ave.** <br>**Monroe, WI 53566-1364** | | J | Merchandise | | | | 138.00 |
| Account No. <br><br>**Sherman Hospital** <br>**934 Center Street** <br>**Elgin, IL 60120-2198** | | J | Medical services | | | | 100.00 |
| Account No. **449695181** <br><br>**Sprint** <br>**PO Box 219100** <br>**Kansas City, MO 64121-9100** | | J | Phone services | | | | 99.00 |
| Account No. <br><br>**Starwood Vacation** <br>**9002 San Maeco Ct** <br>**Orlando, FL 32819** | | J | | | | | 11,355.00 |

Sheet no. __34__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,017.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
    **Wendy M Vergara**                                                        Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Superior Asset**<br>**PO Box 4339**<br>**Fort Walton Beach, FL 32549** | | J | Collection account | | | | 0.00 |
| Account No. **11819549**<br><br>**Superior Asset Management**<br>**1000 Abernathy Rd Suite 165**<br>**Atlanta, GA 30328** | | J | Collection account | | | | 1,071.00 |
| Account No.<br><br>**TCF Bank**<br>**885 E Belvidere Rd**<br>**Grayslake, IL 60030** | | J | Fees | | | | 700.00 |
| Account No.<br><br>**The CBE Group**<br>**PO Box 0063**<br>**Palatine, IL 60055** | | J | Collection account | | | | 0.00 |
| Account No. **09-SC-1709**<br><br>**Thomas C. Hill**<br>**7017 John Deere Pkwy**<br>**Moline, IL 61265** | | J | Collection account for H&R Accounts | | | | 0.00 |

Sheet no. __35__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal
(Total of this page)    **1,771.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
    **Wendy M Vergara**                                Case No. _____

                                     ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Torres Credit Services**<br>**PO Box 189**<br>**Carlisle, PA 17013-0189** | | J | Collection account | | | | **0.00** |
| Account No. **10710000534228** <br><br>**Town Square Anesthesia**<br>**39317 Treasury Center**<br>**Chicago, IL 60694-9300** | | J | Medical services | | | | **1,997.00** |
| Account No. **3701E0023679422** <br><br>**Transworld Systems**<br>**PO Box 1864**<br>**Santa Rosa, CA 95402** | | J | Collection account | | | | **0.00** |
| Account No. **FMC39231** <br><br>**Tri County Accounts Bureau, Inc.**<br>**PO Box 515**<br>**Wheaton, IL 60189-0515** | | J | Collection account | | | | **0.00** |
| Account No. **1083580102** <br><br>**United Crdt**<br>**15 N Lincoln**<br>**Elkhorn, WI 53121** | | J | Collection accounts | | | | **453.00** |

Sheet no. __**36**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
    (Total of this page)      **2,450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
**Wendy M Vergara**    Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **32006050013516020** | | | | Student loan | | | | |
| **US Dept. of Education** **PO Box 4222** **Iowa City, IA 52244** | | J | | | | | | 2,388.00 |
| Account No. **22803090** | | | | Collection account | | | | |
| **West Asset Management** **PO Box 105478** **Atlanta, GA 30348-5478** | | J | | | | | | 0.00 |
| Account No. | | | | Collection account | | | | |
| **West Asset Management** **PO Box 724747** **Atlanta, GA 31139** | | J | | | | | | 0.00 |
| Account No. | | | | Collection account | | | | |
| **West Asset Management, Inc.** **PO Box 724747** **Atlanta, GA 31139-1747** | | J | | | | | | 0.00 |
| Account No. | | | | Collection account | | | | |
| **Wolpoff & Abramson** **702 King Farm Blvd. 5th Floor** **Rockville, MD 20850** | | J | | | | | | 0.00 |

Sheet no. __**37**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,388.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose E Vergara,**
    **Wendy M Vergara**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Woodstock Family Practice** <br>**655 W Jackson St** <br>**Woodstock, IL 60098** | | J | **Medical services** | | | | **78.00** |
| Account No. <br><br>**Woodstock Imaging Associates** <br>**520 E 22nd St** <br>**Lombard, IL 60148** | | J | **Medical services** | | | | **497.00** |
| Account No. **NSC116** <br><br>**Zenith Acquistion** <br>**PO Box 850** <br>**Buffalo, NY 14226-0850** | | J | **Collection account** | | | | **0.00** |
| Account No. <br><br>**Zenith Acquistion** <br>**PO Box 47790** <br>**Oak Park, MI 48237** | | J | **Collection account** | | | | **0.00** |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __38__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | | **575.00** |
| Total <br>(Report on Summary of Schedules) | | **175,502.00** |

B6G (Official Form 6G) (12/07)

.

In re    **Jose E Vergara,**                                                      Case No. _____

       **Wendy M Vergara**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kevin Kamerer**<br>**60 BW Terra Cotta #289**<br>**Crystal Lake, IL 60014** | **90 Briarwood Drive**<br>**Crystal Lake, IL**<br>**February 1, 2010 through January 31, 2011**<br>**$1,395.00 per month** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **Jose E Vergara,**
       **Wendy M Vergara**                           Case No. _____

                                       Debtors

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | Jose E Vergara | Case No. |
|---|---|---|
| | Wendy M Vergara | |
| | Debtor(s) | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Son** | AGE(S): **11** **7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Material Manager** |
| Name of Employer | **Unemployed** | **Northrop Grumman** |
| How long employed | | **5 Years** |
| Address of Employer | | **500 Hicks Rd** **Rolling Meadows, IL 60008** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 4,381.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 4,381.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 635.79 |
| b. Insurance | $ 0.00 | $ 363.18 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify)   **See Detailed Income Attachment** | $ 0.00 | $ 187.80 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 1,186.77 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 3,194.23 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify):   **Social Security income for son's** | $ 2,124.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,124.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,124.00 | $ 3,194.23 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,318.23 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re   **Jose E Vergara**
**Wendy M Vergara**                                                Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | |
|---|---|---|---|
| **401K Loan** | $ | **0.00** | $ | **85.19** |
| **Legal plan** | $ | **0.00** | $ | **14.99** |
| **401K** | $ | **0.00** | $ | **87.62** |
| **Total Other Payroll Deductions** | $ | **0.00** | $ | **187.80** |

B6J (Official Form 6J) (12/07)

In re **Jose E Vergara**
**Wendy M Vergara**                                                     Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,395.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 390.00 |
| b. Water and sewer | $ | 80.00 |
| c. Telephone | $ | 56.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 392.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 32.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 265.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 635.00 |
| b. Other   **Timeshare** | $ | 342.00 |
| c. Other   **Timeshare maintenance** | $ | 60.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Student loans** | $ | 78.00 |
| Other   **college expenses** | $ | 120.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,245.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,318.23 |
| b.   Average monthly expenses from Line 18 above | $ | 5,245.00 |
| c.   Monthly net income (a. minus b.) | $ | 73.23 |

**B6J (Official Form 6J) (12/07)**

In re     **Jose E Vergara**
          **Wendy M Vergara**                                          Case No. _____
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable** | $ | **120.00** |
| **Cell phone** | $ | **210.00** |
| **Garbage** | $ | **62.00** |
| **Total Other Utility Expenditures** | $ | **392.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose E Vergara**
**Wendy M Vergara**

Debtor(s)

Case No. _____

Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **54** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 26, 2010**

Signature    **/s/ Jose E Vergara**

**Jose E Vergara**
Debtor

Date    **February 26, 2010**

Signature    **/s/ Wendy M Vergara**

**Wendy M Vergara**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose E Vergara**
**Wendy M Vergara**
_____
Debtor(s)

Case No. _____

Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$67,268.00** | **2008: Both Employment Income** |
| **$7,323.00** | **2010 YTD: Wife Employment Income** |
| **$53,992.00** | **2009: Both Employment Income** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,887.00** | **2008: Both IRA Distribution** |
| **$1,800.00** | **2008: Both Gambling** |
| **$5,681.00** | **2009: Wife Pension** |
| **$3,000.00** | **2009: Husband Gambling** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **H&R Accounts, Inc. vs. Wendy Vergara 09-SC-1709** | **Small Claims** | **17th Judicial Circuit 400 W. State St Rockford, IL** | **Judgment** |
| **American General Finance vs. Wendy Vergara 5M1111054** | **Collection** | **Cook County Richard Daley Center Chicago, IL** | **Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One vs. Wendy Vergara 07-SC-1082** | **Small Claims** | **McHenry Circuit Court 2200 Seminary Ave Woodstock, IL 60098** | **Judgment** |
| **North Star Capital Acquistion vs. Jose E Vergara 08-SC-4270** | **Small Claims** | **22nd Judicial Circuit 2200 Seminary Woodstock, IL** | **Judgment** |
| **US Bank vs. Jose Vergara 09-CH-993** | **Foreclosure** | **22nd Judicial Circuit Woodstock, IL** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Portfolio Svc PO Box 57071 Irvine, CA 92619-7071** | **December 2008** | **Deficiency balance on repossessed 2006 Jeep Grand Cherokee** |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TCF Bank**<br>**Woodstock, IL 60098** | **Checking account**<br>**Final balance $0.00** | **Final balance $0.00**<br>**Closed June 2009** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13. Setoffs

| None | |
|------|---|
| ■ | List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

| None | |
|------|---|
| ■ | List all property owned by another person that the debtor holds or controls. |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

| None | |
|------|---|
| ☐ | If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse. |

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **12 N Garfield St** | **Jose E Vergara** | **1991 through February 2010** |
| **Harvard, IL** | **Wendy M Vergara** | |

### 16. Spouses and Former Spouses

| None | |
|------|---|
| ■ | If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state. |

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

| None | |
|------|---|
| ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None | |
|------|---|
| ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None | |
|------|---|
| ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

7

**20. Inventories**

None ■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **February 26, 2010**            Signature    **/s/ Jose E Vergara**

                                                               **Jose E Vergara**
                                                               Debtor

Date    **February 26, 2010**            Signature    **/s/ Wendy M Vergara**

                                                                **Wendy M Vergara**
                                                               Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jose E Vergara**
**Wendy M Vergara**
_____

Case No. _____

Debtor(s)

Chapter  **7**
_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Americas Servicing Co** | **Describe Property Securing Debt:**<br>**12 Garfield Street**<br>**Harvard, IL** |

Property will be (check one):
&#9632; Surrendered                     &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt                     &#9633; Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bluegreen Corp** | **Describe Property Securing Debt:**<br>**Bluegreen Timeshare**<br>**Wisconsin Dells, WI** |

Property will be (check one):
&#9633; Surrendered                     &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt                     &#9633; Not claimed as exempt

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Riverside Finance** | **Describe Property Securing Debt:**<br>**2006 Chevy Trailblazer**<br>**89,000** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Riverside Finance** | **Describe Property Securing Debt:**<br>**2006 Saturn Relay**<br>**81,300 miles**<br>**Location: 90 Briarwood Drive, Crystal Lake IL 60014** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**February 26, 2010**__                    Signature  __**/s/ Jose E Vergara**__

                                                            **Jose E Vergara**
                                                            Debtor


Date  __**February 26, 2010**__                    Signature  __**/s/ Wendy M Vergara**__

                                                            **Wendy M Vergara**
                                                            Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jose E Vergara**
**Wendy M Vergara**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 1,000.00 |

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):  **Signature legal plan**

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 26, 2010**

**/s/ DENNIS L. LEAHY**
**DENNIS L. LEAHY**
**DENNIS L LEAHY**
**ONE COURT PLACE SUITE 203**
**ROCKFORD, IL 61101**
**815 964-5969   Fax: 815 964-9452**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                          Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose E Vergara**
**Wendy M Vergara** _____    Case No. _____

                                     Debtor(s)    Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jose E Vergara**
**Wendy M Vergara** _____    X   **/s/ Jose E Vergara**       **February 26, 2010**
Printed Name(s) of Debtor(s)                Signature of Debtor                   Date

Case No. (if known) _____    X   **/s/ Wendy M Vergara**     **February 26, 2010**
                                          Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jose E Vergara**
**Wendy M Vergara**
_____          Case No. _____
                                                   Debtor(s)          Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **198**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 26, 2010**                    **/s/ Jose E Vergara**
_____                    _____
                                              **Jose E Vergara**
                                              Signature of Debtor

Date:  **February 26, 2010**                    **/s/ Wendy M Vergara**
_____                    _____
                                              **Wendy M Vergara**
                                              Signature of Debtor

A/r Concepts
2320 Dean St
Saint Charles, IL 60175


A/R Concepts
33 W Higgins Rd Suite 715
Barrington, IL 60010


AAC
PO Box 2036
Warren, MI 48090-2036


AAMS
4800 Mills Civic Suite 202
West Des Moines, IA 50265


Academy Collection Service
10965 Decatur Rd.
Philadelphia, PA 19154-3210


ACC International
919 Estes Court
Schaumburg, IL 60193-4427


Account Receivable Management
PO Box 129
Thorofare, NJ 08086-0129


Account Solutions Group
PO Box 628
Buffalo, NY 14240-0628


Acs/bank Of America
501 Bleecker St
Utica, NY 13501


Advanced Neurological Care
615 Dakota
Crystal Lake, IL 60012


Advocate Medical Group
PO BOx 92523
Chicago, IL 60675-2523

Affiliated Credit
PO Box 1329
Rochester, MN 55903


Affiliated Ent Physicians
1065 Lake Ave
Woodstock, IL 60098


AFNI
PO Box 3097
Bloomington, IL 61702


AFNI
PO Box 3427
Bloomington, IL 61702-3427


Afni, Inc.
PO Box 3427
Bloomington, IL 61702


All Interstate
435 Ford  Suite 800
Minneapolis, MN 55426


Alliance One
PO Box 211128
Saint Paul, MN 55121-1128


Alliance One
1160 Center Point Drive
Saint Paul, MN 55120


Allied Int
Po Box 2455
Chandler, AZ 85244


Allied Interstate
PO Box 361477
Columbus, OH 43236


Allied Interstate, Inc.
PO Box 369008
Columbus, OH 43236

ALW Sourcing, LLC
PO Box 4937
Trenton, NJ 08650


American Collections
919 Estes Ct
Schaumburg, IL 60193


Americas Servicing Co
1 Home Campus
Des Moines, IA 50328


Americollect
Po Box 1566
Manitowoc, WI 54221


Armor Systems Company
1700 Kiefer Dr. Suite 1
Zion, IL 60099


Arrow Financial
5996 W. Touhy Ave.
Niles, IL 60714-4610


Arrow Financial Services
21032 Network Place
Chicago, IL 60678-1031


Artistic Solutions, Inc.
PO Box 877
Streamwood, IL 60107


Asset Acceptance
Po Box 2036
Warren, MI 48090


Asset Acceptance
PO Box 8547
Philadelphia, PA 19101


Assetcare, Inc
PO Box 15380
Wilmington, DE 19850-5380

Assoc Coll
113 W Milwaukee St
Janesville, WI 53545


AT&T
PO Box 8212
Aurora, IL 60572-8212


Automated Account Management
PO Box 65576
West Des Moines, IA 50265-0576


Bariatric Treatment Centers
PO Box 77000
Detroit, MI 48277-0774


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive Suite 400
Chicago, IL 60606-4440


Blitt and Gaines
661 Glenn Ave
Wheeling, IL 60090


Bluegreen Corp
4960 Blue Lake Dr
Boca Raton, FL 33431


Bureau of Collection
7575 Corporate Way Room 301
Eden Prairie, MN 55344-2022


Bureau of Collection Recovery
PO Box 9001
Minnetonka, MN 55345-9001


Business Revenue
PO Box 13077
Des Moines, IA 50310-0077


Capital Management Services
726 Exchange St. Suite 700
Buffalo, NY 14210

Capital Management Services
726 Exchange St. Suite 700
Buffalo, NY 14210


Capital One
PO Box 30281
Salt Lake City, UT 84130-0281


Capital One
PO Box 34631
Seattle, WA 98124-1631


Castle Bank
677 E Grant Highway
Marengo, IL 60152


CCA
PO Box 329
Norwell, MA 02061-0329


Ccb Credit Services
5300 S Sixth Stree
Springfield, IL 62704


Centegra HBH
970 S McHenry Ave
Crystal Lake, IL 60014-7449


Centegra Health System
PO Box 17
Arrowsmith, IL 61722-0017


Centegra Health System
PO Box 5995
Peoria, IL 61601-5995


Centegra Memorial Medical Center
PO Box 1990
Woodstock, IL 60098


Centegra Northern Illinois Medical
PO Box 1447
Woodstock, IL 60098

Centegra Primary Care
13707 W Jackson St
Woodstock, IL 60098-3157


Certegy Recovery Services
11601 Roosevelt Rd
Saint Petersburg, FL 33716


Certified Services Inc
Po Box 177
Waukegan, IL 60079


Charter Communication
2701 Daniels St
Madison, WI 53718


Check Assist
10 E Texar Dr
Pensacola, FL 32503


Check Assist
10 E Texar Drive
Pensacola, FL 32503


Churchill Chiropractic
1845 W Golf Rd
Schaumburg, IL 60194


Collect Tech Systems
PO Box 78626
Phoenix, AZ 85062


Collectech Systems
PO Box 4157
Woodland Hills, CA 91365


Comcast
PO Box 173885
Denver, CO 80217


Comed
PO Box 6111
Carol Stream, IL 60197-6111

Consumer Portfolio Svc
PO Box 57071
Irvine, CA 92619-7071


Consumer Service Dept
PO Box 78626
Phoenix, AZ 85062-8626


CPS, Inc
PO Box 98736
Phoenix, AZ 85038-0736


Credit Protection
13355 Noel Rd. 21st Floor
Dallas, TX 75240-6602


David H Min DDS
651 W Terra Cotta Suite 201
Crystal Lake, IL 60014


Dependon Collection Se
PO Box 4833
Oak Brook, IL 60523


Devry
1221 N Swift Rd
Addison, IL 60101


Direct TV
PO Box 78626
Phoenix, AZ 85062


Diversified Consultants
PO Box 551268
Jacksonville, FL 32255


Dr. Parikh
615 Dakota St Suite A
Crystal Lake, IL 60012


Encore Receivable Management
PO Box 3330
Olathe, KS 66063

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


ER Solutions, Inc.
PO Box 9004
Renton, WA 98057-9004


Family Medicine for McHenry County
PO Box 1588
Crystal Lake, IL 60039


First Bk Of De/contine
1608 Walnut Street
Philadelphia, PA 19103


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524


First Revenue Assurance
PO Box 3020
Albuquerque, NM 87110


Fst Premier
Pob 5524
Sioux Falls, SD 57117


GC Services
6330 Gulfton St. Suite 400
Houston, TX 77081-1108


Gerald Moore & Associates
PO Box 724087
Atlanta, GA 31139


Guarantee Bank
PO Box 245014
Milwaukee, WI 53224

H & R Accounts Inc
Po Box 672
Moline, IL 61265


Harris & Harris
600 W. Jackson Blvd
Chicago, IL 60661


Harvard Chirpractic Clinic
30 N Ayer
Harvard, IL 60033


Harvard Collection
4839 N. Elston Ave.
Chicago, IL 60630


Harvard CUSD #50
1101 N Jefferson St
Harvard, IL 60033


Harvard Fire Protection
PO Box 263
Harvard, IL 60033


Household Bank
PO Box 17051
Baltimore, MD 21297-1051


I C System Inc
Po Box 64378
Saint Paul, MN 55164


Illinois Collection Se
8231 W. 185th St. Ste. 100
Tinley Park, IL 60487


Illinois Collection Services
PO Box 646
Little Cedar, IA 50454-0646


Illinois Pain Treatment
431 Summit St
Elgin, IL 60120

Intelenet Global Services
Dept CH 17408
Palatine, IL 60055-0001


Intelent Global Services
35A Rust lane
Boerne, TX 78006


Kansas Counselors
1421 N St Paul St
Wichita, KS 67203


Kca Financial Svcs
628 North Street
Geneva, IL 60134


Kevin Kamerer
60 BW Terra Cotta #289
Crystal Lake, IL 60014


Key Finacial Services
5315 Wall Street
Madison, WI 53718


Lake/McHenry Pathology Associates
520 E 22nd Street
Lombard, IL 60148


Lakeview Medical Center
1100 N Main St
Rice Lake, WI 54868-1238


Law Offices of Mitchell Kay
PO Box 2374
Chicago, IL 60690-2374


Linebarger Goggan Blair & Sampson
PO Box 06152
Chicago, IL 60606-0152


Lou Harris Company
613 Academy Dr
Northbrook, IL 60062

Mary Olszewski DPM
1804 N Arlington Heights Rd
Arlington Heights, IL 60004


Maximum Recovery Solutions
1080 W Sam Houston Pkwy N 230
Houston, TX 77043


McHenry County Orthopedics
420 N Rt 31
Crystal Lake, IL 60012


McHenry Radiologists
PO Box 220
McHenry, IL 60051-0220


Medical Collection System
725 S Wells St Suite 700
Chicago, IL 60607


Merchants Credit Guide
223 W. Jackson Street
Chicago, IL 60606


Merchants Credit Guide
PO Box 18053
Hauppauge, NY 11788


Mercy Alliance Inc.
PO Box 5177
Janesville, WI 53547-5177


Mercy Health System
PO Box 5177
Janesville, WI 53547


MHS Physician Services
PO Box 5081
Janesville, WI 53547-5081


Midland Credit
PO Box 939019
San Diego, CA 92193

Midland Credit Management
PO Box 603
Oaks, PA 19456


Moraine Emergency Physicians
PO Box 8759
Philadelphia, PA 19101-8759


MRSI
1080 W Sam Houston Pkwy N Suite 230
Houston, TX 77043


National Action Financial Services
PO Box 9027
Williamsville, NY 14231-9027


National Recoveries, Inc
11000 Central Ave NE Suite 100
Minneapolis, MN 55434


Nationwide Credit, Inc.
2015 Vaughn Rd.
Kennesaw, GA 30144-7802


NCC
120 N Keyser Avenue
Scranton, PA 18504


NCO Finanacial
PO Box 105816
Atlanta, GA 30348


NCO FInancial
PO Box 15740
Wilmington, DE 19850-5740


NCO Financial
PO Box 8148
Philadelphia, PA 19101-8148


NCO Financial
PO Box 4907
Trenton, NJ 08650-4907

```
NCO Financial
PO Box 78626
Phoenix, AZ 85062


NCO Financial
PO Box 41457
Philadelphia, PA 19101-1457


NCO Financial
PO Box 13570
Philadelphia, PA 19101-3570


NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044


Nco- Medclr
Po Box 8547
Philadelphia, PA 19101


Nephrology Associates
PO Box 3369
Oak Park, IL 60303


NiCor
PO Box 310
Aurora, IL 60507-0310


Nicor
PO Box 2020
Aurora, IL 60507


Nicor Gas
1844 Ferry Road
Naperville, IL 60507


NNC
PO Box 1022
Wixom, MI 48393


Northland Group
PO Box 390846
Minneapolis, MN 55439
```

Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008


Opex Communications
500 E Higgins
Elk Grove Village, IL 60007


Orchard Bank
PO Box 17051
Baltimore, MD 21297-1051


OSI Collection
PO Box 550720
Jacksonville, FL 32255


OSI Collection
PO Box 964
Brookfield, WI 53008


OSI Collection Services
1375 E Woodfield Rd. #110
Schaumburg, IL 60173-6068


OSI Collection Services
PO Box 959
Brookfield, WI 53008-0959


OSI Collection Services, Inc.
PO Box 922
Brookfield, WI 53008-0922


OSI Collection Solutions
PO Box 925
Brookfield, WI 53008


Park Dansan
PO Box 248
Gastonia, NC 28053-0248


PFG of Minnesota
7825 Washington Ave. S Suite 410
Minneapolis, MN 55439-2409

Plaza Associates
PO Box 2769
New York, NY 10116-2769


Plaza Associates
PO Box 18008
Hauppauge, NY 11788-8808


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541


Prairie Avenue Dental
PO Box 75
Hebron, IL 60034


Premier Eye Care
1120 Lake Cook Rd
Buffalo Grove, IL 60089


Premium Asset Recovery
350 Jim Moran Blvd Suite 210
Deerfield Beach, FL 33442


Professnl Acct Mgmt In
PO Box 391
Milwaukee, WI 53201


Provena Saint Joseph Hospital
75 Remittance Dr Suite 1174
Chicago, IL 60675-1174


Provena St. Joseph Hospital
77 North Airlite Street
Elgin, IL 60123-4912


Receivable Performance
PO Box 768
Bothell, WA 98041


Retrieval Masters Creditors Bureau
PO Box 1234
Elmsford, NY 10523-0934

Riddle & Associates
PO Box 1187
Sandy, UT 84091-1187


Risk Management
200 S Busse Rd
Mount Prospect, IL 60056


Riverside Finance
312 N Alpine
Rockford, IL 61107


Riverside Finance
312 N Alpine
Rockford, IL 61107


RMCB
PO Box 1234
Elmsford, NY 10523-0934


Rockford Clinic
2300 N. Rockton Ave.
Rockford, IL 61103


Rockford Health System
2300 N. Rockton Ave.
Rockford, IL 61103


RX Acquisitions
PO Box 2036
Warren, MI 48090-2036


Salute
PO Box 790183
Saint Louis, MO 63179-0183


Salvatore Spinelli
135 Maxess Rd. Suite 2B
Melville, NY 11747


Seventh Avenue
1112 7th Ave.
Monroe, WI 53566-1364

Sherman Hospital
934 Center Street
Elgin, IL 60120-2198


Sprint
PO Box 219100
Kansas City, MO 64121-9100


Starwood Vacation
9002 San Maeco Ct
Orlando, FL 32819


Superior Asset
PO Box 4339
Fort Walton Beach, FL 32549


Superior Asset Management
1000 Abernathy Rd Suite 165
Atlanta, GA 30328


TCF Bank
885 E Belvidere Rd
Grayslake, IL 60030


The CBE Group
PO Box 0063
Palatine, IL 60055


Thomas C. Hill
7017 John Deere Pkwy
Moline, IL 61265


Torres Credit Services
PO Box 189
Carlisle, PA 17013-0189


Town Square Anesthesia
39317 Treasury Center
Chicago, IL 60694-9300


Transworld Systems
PO Box 1864
Santa Rosa, CA 95402

Tri County Accounts Bureau, Inc.
PO Box 515
Wheaton, IL 60189-0515


United Crdt
15 N Lincoln
Elkhorn, WI 53121


US Dept. of Education
PO Box 4222
Iowa City, IA 52244


West Asset Management
PO Box 105478
Atlanta, GA 30348-5478


West Asset Management
PO Box 724747
Atlanta, GA 31139


West Asset Management, Inc.
PO Box 724747
Atlanta, GA 31139-1747


Wolpoff & Abramson
702 King Farm Blvd. 5th Floor
Rockville, MD 20850


Woodstock Family Practice
655 W Jackson St
Woodstock, IL 60098


Woodstock Imaging Associates
520 E 22nd St
Lombard, IL 60148


Zenith Acquistion
PO Box 850
Buffalo, NY 14226-0850


Zenith Acquistion
PO Box 47790
Oak Park, MI 48237